**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **JANE DOE** | * | **CIVIL ACTION NO. 2:25-cv-01295** |
| | * | |
| **VERSUS** | * | **JUDGE GREG G. GUIDRY** |
| | * | |
| **THE ADMINISTRATORS OF THE** | * | **MAGISTRATE JUDGE** |
| **TULANE EDUCATIONAL FUND, ET.** | * | **MICHAEL B. NORTH** |
| **AL.** | * | |
| | * | |
| | * | |

**NOTICE OF SUBMISSION**

**PLEASE TAKE NOTICE** that Defendants will bring its accompanying Motion to Dismiss for submission based on the briefing on October 22, 2025 at 10:00 a.m. before the Honorable Greg G. Guidry, United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, LA 70130.

Respectfully Submitted:

*/s/ Amy L. McIntire*
Julie D. Livaudais, Bar No. 1183
Amy L. McIntire, Bar No. 35241
Valerie M. Andrews, Bar No. 39466
**CHAFFE McCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA  70163-2300
Telephone:  (504) 585-7000
Telefax:     (504) 544-6054
Email: livaudais@chaffe.com
           mcintire@chaffe.com
           valerie.andrews@chaffe.com

***ATTORNEYS FOR THE DEFENDANTS***