Case 2:25-cv-01295-GGG-MBN    Document 52    Filed 01/12/26    Page 1 of 1

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED    Jan 12 2026

CAROL L. MICHEL
CLERK

cf    EDSS

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

**JANE DOE**

**PLAINTIFF(S)**

**VERSUS**

**TULANE ET AL**

**DEFENDANT(S)**

**CIVIL ACTION**

No. 25-1295

SECTION: T"5"

## MOTION FOR LEAVE TO AMEND

Plaintiff Jane Doe, filing pro se, respectfully requests leave of the Court to amend her complaint under Rule 15(a)(2) in the case the Court finds her complaint fails applicable plausibility standards (for example, by pleading insufficient facts or by being speculative).

Plaintiff respectfully requests that she be allowed to "sharpen" any claims not otherwise dismissed with prejudice by the Court. This "sharpening" is referenced by the Court as a beneficial purpose of the court's order of Plaintiff's assignment of Pro Bono council, which has yet to enroll. See Ref Doc 28.

Plaintiff being pro se is candidly unsure which claims are strongest or most legally proper and therefore avers her willingness to narrow her claims to those sufficient (or at least conceivably capable of being sufficient) with narrowing, clarifying, and/or boosting with further material facts and exhibits, or any other refinement ordered by the Court. Plaintiff also avers her willingness to replace, erasure, or supplement any conclusory or impermissible allegations, shortening the complaint and improving overall pleading clarity.

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of this document on all counsel of record either in person or by mailing it postage prepaid on this _____ day of _____, 20_____.

_____
(SIGNATURE)

_____ *Jane Doe* _____
(Signature)

JANE DOE
(Name)

214 LEWIS LANE
(Address)

WEST MONROE    LA    71291
(City)    (State)    (Zip)

(318)235-5080
(Telephone)

01/12/2026
(Signature Date)