**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

JANE DOE                                                         CIVIL ACTION

VERSUS                                                           NUMBER: 25-1295

ADMINISTRATORS OF THE TULANE EDUCATIONAL          SECTION "T" (5)
FUND, ET AL.

### ORDER

Before the court is the Motion for Status conference.  (Rec. doc. 53).

The motion is **GRANTED**.

**IT IS ORDERED** that a telephone status conference in the above matter is hereby

**SCHEDULED** for March 24, 2026 at 11:00 a.m. before Magistrate Judge Michael B. North.

Dial-in information is as follows:

TOLL FREE DIAL-IN:  833-990-9400

CALL ID:  261733354#

Plaintiff and Defense Counsel are expected to be on the line five (5) minutes before the

scheduled start time.

New Orleans, Louisiana, this 11th day of March, 2026.

MICHAEL B. NORTH
**UNITED STATES MAGISTRATE JUDGE**